988 · 88 FEDERAL REPORTER.

INTERSTATE SAV., LOAN & TRUST CO. v. SHAW et al. (Circuit Court of Appeals, Sixth Circuit. May 12, 1898.) No. 579. In Error to the Circuit Court of the United States for the District of Kentucky. Michael G. Heintz, for plaintiff in error. E. C. Pyle, for defendants in error. No opinion. Affirmed.

JOHNSON v. CITIZENS' ST. R. CO. OF INDIANAPOLIS, IND. (Circuit Court of Appeals, Sixth Circuit. May 10, 1898.) No. 568. In Error to the Circuit Court of the United States for the Eastern Division of the Northern District of Ohio. W. B. Sanders, for plaintiff in error. W. H. H. Miller, for defendant in error. No opinion. Affirmed.

LOUISVILLE BANKING CO. v. CITY OF LOUISVILLE. (Circuit Court, D. Kentucky. June 4, 1898.) No. 6,562. Helm & Bruce, for complainant. Henry L. Stone, for city of Louisville. Before HARLAN, Circuit Justice, and TAFT and LURTON, Circuit Judges.

TAFT, Circuit Judge. This case presents the same questions as are presented in the case of Louisville Banking Co. v. Stone, infra, already disposed of, but involves the taxes for 1893 and 1894. The taxes for 1895, 1896, 1897, and 1898 were involved in the prior case. The order will be that the preliminary injunction prayed for shall issue, and that the demurrers to the bills be overruled.